LT:coo
AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | FILED UNDER SEAL PURSUANT TO ORDER |
|---|---|
| v. | |
| DARWIN JOSUE NORIEGA-GARCIA, | Case No. 25-mj-876 (SGE) |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about June 9, 2023, in the State and District of Minnesota, defendant, an alien, was found in the United States after having been removed therefrom on or about December 15, 2010, May 31, 2012, March 14, 2013, March 21, 2014, and August 6, 2018; and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a).

I further state that I am an DHS Deportation Officer and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes  ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me
by reliable electronic means (Facetime and email) pursuant
to Fed. R. Crim. P. 41(d)(3).

Michael J. O'Neal, Deportation Officer
Department of Homeland Security, ERO
Printed name and title

Date:  12/31/2025

_____
Judge's Signature

City and State: Minneapolis, MN

The Honorable Shannon G. Elkins
United States Magistrate Judge
Printed Name and Title